STATE of Missouri, Respondent,

v.

Albert MILLER, Appellant.

No. WD 39684.

Missouri Court of Appeals,
Western District.

Aug. 15, 1989.

Timothy A. Wynes, Asst. Public Defender, Joplin, Joseph H. Locascio, Kansas City, Sp. Public Defender, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from a conviction of two counts of sodomy in violation of § 566.060 RSMo 1986.

Judgment affirmed. Rule 30.25(b).